**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| OHM, LAWRENCE, JR. | ) | |
| | ) | CASE NO. 08-02675 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

> At:  U.S. BANKRUPTCY COURT
> Kane County Courthouse
> 100 S. 3rd Street, Room 140
> Geneva, IL  60134
>
> on:  **November 20, 2008**
> at:  **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                                 $   14,715.07

    b. Disbursements                            $      525.35

    c. Net Cash Available for Distribution      $   14,189.72

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | $ 2,221.51 | $ |
| JOSEPH R. VOILAND Trustee | $ | $ | $ 944.98 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $25,922.61, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $42.52%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $ 8,273.72 | $ 3,518.29 |
| 2 | CHASE BANK USA | $ 9,725.90 | $ 4,135.80 |
| 3 | CHASE BANK USA | $ 4,522.15 | $ 1,922.98 |
| 4 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 3,400.84 | $ 1,446.16 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Real Estate (150 Dickens Trail, Elgin, IL) - $264,000.00; Checking Account (Mid American Bank) - $100.00; Checking Account (Mid American Savings Bank) – $100.00; Household Goods - $1,500.00; Art Objects and Jewelry - $500.00; Wearing Apparel - $150.00; Camera - $270.00; 2006 Mitsubishi Lancer - $20,645.00; Office Equipment - $0.00; Tools - $5,500.00.

The Trustee seeks abandonment of said assets because they are subject to Debtor's valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated: **October 28, 2008**  For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Oct 28, 2008
Case: 08-02675                 Form ID: pdf002              Total Served: 16

The following entities were served by first class mail on Oct 30, 2008.
db           +Lawrence Ohm, Jr.,   150 Dickens Trail,   Elgin, IL 60120-5206
aty          +James A Young,   James A Young & Associates, Ltd.,    47 DuPage Court,   Elgin, IL 60120-6421
tr           +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
11931094     +Bank of America,   Po Box 26012,   Nc4-105-03-14,   Greensboro, NC 27420-6012
12261464     +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11931095     +Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091-5155
11931096     +Chase,    Chase CC Srvs/Attn: Bankruptcy Dept,   Po Box 100018,   Kennesaw, GA 30156-9204
11931097     +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
11931099     +Harris N.a.,   111 W Monroe Llw,   Chicago, IL 60603-4095
11931100     +McKane & Associates,   1121 E. Main St.#210,   Saint Charles, IL 60174-2275
11931101     +Michael D. Fine,   Sarah A. Faulkner/ Chase Bank,   131 S. Dearborn St., Floor 5,
               Chicago, IL 60603-5517
11931102     +Wells Fargo,   Po Box 7648,   Boise, ID 83707-1648
11931103     +Wells Fargo Hm Mortgag,   7495 New Horizon Way,   Frederick, MD 21703-8388

The following entities were served by electronic transmission on Oct 29, 2008.
12233044      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 29 2008 06:00:48
               Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
11931098     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 29 2008 06:00:48     Discover Financial,
               Po Box 3025,   New Albany, OH 43054-3025
12464988     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 29 2008 05:48:39
               FIA CARD SERVICES, N.A./BANK OF AMERICA,   by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 30, 2008**               **Signature:**  _Joseph Speetjens_